

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2019

No. 04-18-00014-CV

Virginia **BRETADO,**
Appellant

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09066
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Motion for Rehearing En Banc is hereby GRANTED. Time is extended to March 4, 2019.

It is so ORDERED on February, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court